ABNER M. HARPER, INC., Respondent, *v.* THE CITY OF NEWBURGH et al., Appellants.

*Harper v. City of Newburgh,* 166 App. Div. 903, affirmed.

(Argued January 17, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 1, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to have canceled, rescinded and annulled plaintiff's competitive bid upon a public street improvement in the city of Newburgh and to recover a certified check deposited as liquidated damages to insure execution of the contract. The question of law presented for determination was whether a court of equity had power to and should relieve a contractor from the effect of a conceded clerical error in arranging the figures in

a bid submitted for the performance of work upon a public improvement, by rescinding the erroneous bid and preventing a forfeiture of the check submitted with the erroneous bid as a guaranty of performance.

*John B. Corwin, Corporation Counsel,* for appellants.
*Henry Hirschberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.